```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CHARDEY N'DEA SCOTT,<br><br>                Plaintiff,<br><br>      -against-<br><br> DYSON DIRECT, INC,<br><br>                Defendants. | No. 20-CV-6921 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 5, 2021 at 10:30 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   January 29, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.