```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CHARDEY N'DEA SCOTT,<br><br>            Plaintiff,<br><br>   -against-<br><br>DYSON DIRECT, INC,<br><br>            Defendants. | No. 20-CV-6921 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall confer and inform the court by letter no later than March 5, 2021 of the status of document production and the action.

**SO ORDERED.**

Dated:   February 5, 2021
         New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.