UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARDEY N'DEA SCOTT,

                           **Plaintiff,**                        20-CV-6921-LAP-SN

            -against-                                     <u>ORDER</u>

DYSON DIRECT, INC.,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 8, 2021, the Honorable Loretta A. Preska referred this case to my docket for general pretrial supervision. In light of the discovery dispute referenced in the parties' joint March 5, 2021 letter, the parties shall each file a letter describing the nature of any discovery dispute(s) no later than March 16, 2021.

**SO ORDERED.**

                                                           _____
                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:       March 10, 2021
                 New York, New York