UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARDEY N'DEA SCOTT,<br><br>              Plaintiff,<br><br>-against-<br><br>DYSON DIRECT, INC.,<br><br>              Defendant. | No. 20-CV-6921 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    July 15, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge